IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**KENNETH KINTA NOLEN**                                         **PLAINTIFF**
*ADC #170874*

v.                  **CASE NO. 2:22-CV-00165-BSM**

**PATRICIA A. HOWELL,**
Sergeant, Delta Regional Unit, *et al.*                         **DEFENDANTS**

## ORDER

After careful review of the record, United States Magistrate Judge Joe J. Volpe's recommended disposition [Doc. No. 8] is adopted. Kenneth Nolen's lawsuit is dismissed without prejudice for failure to state a claim upon which relief may be granted. An *in forma pauperis* appeal would not be taken in good faith, and it is recommended that this dismissal count as a "strike" for purposes of 28 U.S.C. section 1915(g).

IT IS SO ORDERED this 6th day of January, 2023.

                                                       UNITED STATES DISTRICT JUDGE