IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**KENNETH KINTA NOLEN**                                                                  **PLAINTIFF**
*ADC #170874*

v.                          CASE NO. 2:22-CV-00165-BSM

**PATRICIA A. HOWELL,**
**Sergeant, Delta Regional Unit,** *et al.*                                               **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 6th day of January, 2023.

_____
UNITED STATES DISTRICT JUDGE